# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0837

VERSUS

JOSEPH SYLVE

**OCTOBER 26, 2020**

---

In Re:   Joseph Sylve, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4137-F-2019.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT